IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Manetirony Clervrain,<br><br>        Plaintiff,<br><br>vs.<br><br>Doug Burgum, et al.,<br><br>        Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:22-cv-077 |

The Plaintiff initiated this matter *pro se* and *in forma pauperis* on April 12, 2022. See Doc. No. 1. After screening the complaint pursuant to 28 U.S.C. § 1915(e)(2), Magistrate Judge Clare R. Hochhalter issued a Report and Recommendation on June 3, 2022, in which he recommended that Clervain's complaint be dismissed. See Doc. No. 5. Clervain was given until June 21, 2022, to file an objection to the Report and Recommendation. No objection was filed.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. No. 5) in its entirety. Clervain's application to proceed *in forma pauperis* (Doc. No. 1) is **DENIED** and the complaint is **DISMISSED**. The Court further **FINDS** that any appeal would be frivolous, could not be taken in good faith, and may not be taken *in forma pauperis*.

**IT IS SO ORDERED.**

Dated this 24th day of June, 2022.

                                            */s/ Daniel L. Hovland*
                                            Daniel L. Hovland, District Judge
                                            United States District Court